TOWN OF DARIEN ET AL. *v.* JOSEPH N. GILL,
COMMISSIONER OF ENVIRONMENTAL
PROTECTION, ET AL.

The plaintiff town of Darien's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*Samuel M. Chambliss,* in support of the petition.

*Alan M. Kosloff,* assistant attorney general, *John N. Cole* and *George W. Baker, Jr.,* in opposition.

Decided February 13, 1980

AMERICAN RADIO RELAY LEAGUE, INC. *v.*
TOWN OF NEWINGTON

*Maurice T. FitzMaurice,* in support of the petition.

*Sidney L. Rosenblatt,* in opposition.

Decided February 13, 1980

FRANK P. CARABILLO, JR., ET AL. *v.* TOWN COUNCIL
OF THE TOWN OF WEST HARTFORD

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Charles M. Rice, Jr.,* in support of the petition.

*Karl A. Fransson,* assistant corporation counsel, in opposition.

Decided February 13, 1980